RECEIVED

FEB - 7 2019

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

VAUGHN JOHNSON,
Plaintiff

CIVIL ACTION NO. 1:18-CV-1427-P

VERSUS

JUDGE DEE D. DRELL

ICE, ET AL.,
Defendants

MAGISTRATE JUDGE PEREZ-MONTES

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the motion for temporary emergency injunctive relief contained within the complaint (Doc. 1) is hereby DENIED.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 7 day of _____February_____, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE