RECEIVED
FEB 13 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| VAUGHN JOHNSON,<br>Plaintiff | CIVIL ACTION NO. 1:18-CV-1427-P |
| VERSUS | JUDGE DEE D. DRELL |
| ICE, ET AL.,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the complaint (Doc. 1) is DISMISSED for lack of jurisdiction. **IT IS FURTHER ORDERED** that all pending motions: Motion to Take Judicial Notice (Doc. 2), Motion for Leave to File Addendum to Petitioner's Motion to Take Judicial Notice (Doc. 5), Motion for Leave to File an Instant Addendum Order (Doc. 6), Motion for Leave to File Supplemental Emergency Complaint (Doc. 10), and Motion for Leave to File Amend/Correct Supplemental Emergency Complaint (Doc. 13) are DENIED AS MOOT.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 12th day of FEBRUARY, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE